1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7

STEPHANIE M. REED

8                                    Plaintiff,

9        v.

10

IC SYSTEM, INC.,

11                                    Defendant.

Case No. 2:16-cv-01277-JCM-PAL

ORDER

12
13
14
15
16
17

Before the court is the Notice of Settlement (ECF No. 11) between the parties.  The parties request 60 days to complete settlement dismissal documents.  Accordingly,

**IT IS ORDERED** that the parties shall have until **February 10, 2017,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 13th day of December, 2016.

18
19

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

20
21
22
23
24
25
26
27
28